PD-0341&0342-15

Trial cause # F13-52718-Y & F13-52719-4

Court of Appeals # 05-13-00978-CR & 05-13-00979-CR

Roy Curtis Stuart Jr.

V.

The State of Texas

Court of Criminal Appeals of Texas

P.O. Box 12308 Capitol Station

Austin, Texas 78711

## Pro Se Motion To Suspend Rule 9.3(b) T.R.A.P.

To The Honorable Clerk of said court:

Comes now Roy Curtis Stuart, Jr. # 1870750

Appellant ask that this Honorable Court to suspend
rule 9.3(b) T.R.A.P. For the following:

FILED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

I

Appellant pursuant to rule 9.3(b) T.R.AP. request
that this court suspend the rule because he is
indegent defendant and is unable to provide the
necessary copies to its designated participants herein.
Appellant is indegent for this purpose and pray that
this Honorable court suspend rule 9.3(b) T.R.A.P

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 14 2015

Abel Acosta, Clerk

Respectfully Submitted
Appellant Pro Se
Roy Curtis Stuart Jr. 1870750
Coffield Unit
2661 FM 2054
Tennessee Colony Texas 75884